UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL N. MORGAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LEXISNEXIS RISK SOLUTIONS, INC.,<br><br>　　　　Defendant. | Case No. 1:25-cv-01188-KES-HBK<br><br>ORDER TO FILE AMENDED COMPLAINT OR RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS<br><br>OCTOBER 10, 2025 DEADLINE |

　　　　On September 19, 2025, Defendant filed a motion to dismiss. (Doc. No. 5, Motion). Local Rule 230 requires a party to file an opposition to any motion or a notice of non-opposition within fourteen (14) days from the date the motion was filed. See L.R. 230(c). Federal Rule of Civil Procedure 15 allows a party to file an amended complaint within 21 days of service of a motion under Rule 12(b). Fed. R. Civ. P. 15(a)(1)(B). Here, Defendant moved for dismissal under Rule 12(b)(6). (*See* Doc. No. 5).

　　　　In an abundance of caution, the Court advises pro se litigants, like Plaintiff, that they must file one of the following: (1) an amended complaint under Federal Rule of Civil Procedure 15(a); (2) an opposition to a motion to dismiss; or (3) a notice of non-opposition. Failure to comply with this requirement may be deemed a waiver of opposition to the granting of the motion. L.R. 230(c). Based on the conflicting deadlines of Local Rule 230(c) and Civil Rule 15(a), the Court

*sua sponte* extends Plaintiff's time to file an opposition, should he chose to do so, to match the time to file an amended complaint.

Accordingly, it is **ORDERED**:

**No later than October 10, 2025**, Plaintiff shall file: (1) an amended complaint; (2) an opposition to Defendant's motion; or (3) a notice of non-opposition. Absent the filing of an amended complaint or an opposition by Plaintiff, Defendant's motion to dismiss may be deemed unopposed.

Dated:   September 23, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2