UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL N. MORGAN,<br><br>            Plaintiff,<br><br>     v.<br><br>LEXISNEXIS RISK SOLUTIONS, INC.,<br><br>            Defendant. | Case No. 1:25-cv-01188-KES-HBK<br><br>ORDER MOOTING MOTION<br><br>(Doc. No. 5) |

       On September 19, 2025, Defendant filed a motion to dismiss pro se Plaintiff's complaint. (Doc. No. 5). In response, Plaintiff filed a first amended complaint on October 2, 2025. (Doc. No. 8). The filing by Plaintiff of a first amended complaint moots Defendant's September 19, 2025 motion to dismiss. See *CDK Global LLC v. Brnovich*, 16 F.4th 1266 (9th Cir. 2021) ("an amended complaint supersedes the original complaint" thereby becoming the "operative pleading."); *Barnes v. Dist. of Columbia*, 42 F. Supp. 3d 111, 117 (D.D.C. 2014) ("When a plaintiff files an amended complaint as of right ... the amended complaint becomes the operative pleading ... and any pending motion to dismiss becomes moot." (cleaned up)).

       On October 16, 2025, in response to Plaintiff's first amended complaint, Defendant timely filed a motion to dismiss. (Doc. No. 9). Given Plaintiff pro se status, the Court appraises Plaintiff that absent Defendant consenting or Plaintiff being granted leave to file a second amended complaint, Fed. R. Civ. P. 15(a)(2), Local Rule 230 requires a party to file an opposition

1  to any motion or a notice of non-opposition within fourteen (14) days from the date the motion
2  was filed. See L.R. 230(c). The failure of a party to file an opposition may be deemed a waiver
3  to the granting of the motion. (*Id.*). Alternatively, because the Defendant has not filed an answer
4  or a motion for summary judgment, Plaintiff may file a notice to voluntarily dismiss the action
5  without prejudice under Federal Rule of Civil Procedure 41.

Accordingly, it is **ORDERED**:

Defendant's motion to dismiss filed on September 19, 2025 (Doc. No. 5) is deemed MOOT.

Dated:    October 23, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2