UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL MORGAN,<br>Plaintiff,<br>v.<br>LEXISNEXIS RISK SOLUTIONS INC.,<br>Defendant. | Case No. 1:25-cv-01188-KES-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, GRANTING DEFENDANT'S MOTION TO DISMISS, AND DIRECTING CLERK OF COURT TO CLOSE THE CASE<br><br>Docs. 9, 19 |

Plaintiff Carl Morgan is proceeding pro se in this civil action on his first amended complaint filed October 2, 2025. Doc. 8. On October 16, 2025, Defendant LexisNexis Risk Solutions Inc. filed a motion to dismiss. Doc. 9. On October 17, 2025, the motion to dismiss was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B). Doc. 10.

On April 27, 2026, the assigned magistrate judge issued findings and recommendations to grant defendant's motion to dismiss and to dismiss plaintiff's complaint without further leave to amend. Doc. 19. The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within fourteen days of service. *Id.* at 14-15. On May 12, 2026, plaintiff filed objections. Doc. 20. On May 26, 2026, defendant filed a reply to plaintiff's objections. Doc. 23.

In his objections, plaintiff argues that further leave to amend should be granted because he asserts, without specific details, that defendant's "ongoing violations" continued after the time

frame alleged in his first amended complaint and addressed in the findings and recommendations. *See* Doc. 20. But plaintiff was already provided an opportunity to amend his complaint *after* the defendant's motion to dismiss his initial complaint identified the defects in plaintiff's claims, including that defendant's December 2024 credit reporting was not factually inaccurate because plaintiff did not challenge the state court judgments against him until 2025. *See* Doc. 5-1. Plaintiff's first amended complaint did not cure the deficiencies, and it is not clear from plaintiff's unspecific assertions in his objections how the deficiencies would be cured in a second amended complaint.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on April 27, 2026, Doc. 19, are adopted in full;
2. Defendant's motion to dismiss, Doc. 9, is granted;
3. This action is dismissed with prejudice; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 7, 2026

UNITED STATES DISTRICT JUDGE